■ In the Matter of LENNY EMILIANO, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [993 NYS2d 523]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Garry, Rose, Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed

■ In the Matter of JAMES STEVENSON, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [993 NYS2d 522]—Appeal from a judgment of the Supreme Court (Gilpatric, J.), entered June 7, 2013 in Ulster County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Judgment affirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy, Garry and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.